David P. Mayberry, Esq. (SBN 108741)
LAW OFFICES OF DAVID P. MAYBERRY
41877 Enterprise Circle North, Suite 130
Temecula, California 92590
Tel:    (951) 296-2299
Fax:    (951) 296-2297

Attorney for Plaintiff,
Jack Hayek

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HAYEK,<br><br>              Plaintiff,<br><br>vs.<br><br>HCAL, LLC, and DOES 1 through 20, Inclusive,<br><br>              Defendants. | CASE NO: 11CV00608L (BLM)<br><br>JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER<br><br>Judge: M. James Lorenz<br>Date Action Filed: February 2nd, 2011 |

IT IS HEREBY STIPULATED between all parties to the within action by and through their undersigned Counsel of Record that Motion to be made Jointly to the within Court to Dismiss this Entire Action With Prejudice as to all parties.

IT IS SO STIPULATED:

DATED: September 18, 2012

LAW OFFICES OF DAVID P. MAYBERRY

By: _____
David P. Mayberry, Esq.
Attorney for Plaintiff, Jack Hayek

DATED: September 18, 2012

STOKES, ROBERTS, AND WAGNER, ALC

By: /s David Amaya
David Amaya, Esq.
Attorney for Defendant, HCAL, LLC

1